# 14CV0168

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Terrence Allen Skeeter_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Officers of the 33 Precent_

_Genner Gomez #27651_
_Pedro Roche #12637_
_Claudio Paula #27938_

_Amsterdam Av_
_New york, Ny - 10032_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☒ No
(check one)

JAN -7 2014
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Terrence Skeeter_
ID # _3491312973_
Current Institution _AMKC - C-95 Quad 19 upper_
Address _18-18 hazen Street_
_East elmhurst New york, Bronx 11376_

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _Claudio Paula_   Shield # _27938_
Where Currently Employed _33 Precent_
Address _2207 Amsterdam_

_Rev. 05/2010_                                   1

Defendant No. 2     Name **Genher Gomez**     Shield # **27651**
Where Currently Employed **33ʳᴰ Precent**
Address **2207 Amsterdam**

Defendant No. 3     Name **Pedro Rocher**     Shield # **12637**
Where Currently Employed **33 Precent**
Address **2207 Amsterdam**

Defendant No. 4     Name **"The driver" Unidentified**     Shield # **" "**
Where Currently Employed **33ᴿᴰ Precent as well**
Address **2207 Amsterdam**

Defendant No. 5     Name _____     Shield # _____
Where Currently Employed _____
Address _____

II.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
**On the block of 164 Street Amsterdam & Edgecomb In the middle of the block**

B.  Where in the institution did the events giving rise to your claim(s) occur?
**Same as above.**

C.  What date and approximate time did the events giving rise to your claim(s) occur?
**August 20ᵗʰ 2013**

Rev. 05/2010               2

D. Facts:

**What happened to you?** I was walking and was assualted by New york city Police officers. Now i suffer from horrible pain, head achs and back-pain.

**Who did what?** The three officers came out of nowhere punched me kicked me smacked me and steped on my back. Also while I was in hand cuffs.

**Was anyone else involved?** Not at all, Just my self.

**Who else saw what happened?** People in the area.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

losss of memory an stutter very bad and back pain.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No ✓

Rev. 05/2010                                        3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). On New York city streets 164 st Amsterdam and Edgecomb

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___  No ✓  Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___  No ___  Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___  No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___  No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: This happened on the streets, but I went to the hospital an the officers did not let me get seen by nurses or doctors.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_They did not help me at all._ _____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_When ajatated I get very bad mindgrains an light headed._ _____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _Pain and Suffering in their private capacity of 100,000_

_Compensation in their "indivdual and private capacity" in the sum of 100,000_

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants ___N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<small>On other claims</small>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants ___N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of December, 2013.

Signature of Plaintiff _Jim Skeets_ 
Inmate Number 3491312973
Institution Address AMKC-C-95
18-18 Hazen Street
Bronx New York 11370
QuaD 19 upper - cell #2

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of December, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Jim Skeets_